## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| TRAVANTE TYVAUGN TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:23CR448-PPS/JEM |
| | ) | |
| TECH CREDIT UNION and | ) | |
| GENE NOVELLO, | ) | |
| | ) | |
| Defendants. | ) | |

### OPINION AND ORDER

By my order of January 4, 2024, I denied Travante Tyvaugn Tucker's motion for leave to proceed in forma pauperis and dismissed his complaint for failure to state a claim on which relief could be granted. [DE 5.] I explained that Tucker's "complaint is full of misused legal jargon, legal conclusions and what are offered as legal definitions and authorities," and that the exhibits on which the complaint relies offer no discernible factual or legal basis for any claims against the defendants. [*Id.* at 2-4.] Ultimately I concluded that:

> Tucker's complaint consists largely of misapplied legal concepts not shown to be supported by any facts asserted, and what smacks of a fraudulently intended but utterly hopeless attempt to extract funds from the credit union defendant. No matter how liberally the pleading is construed, it fails to state a claim upon which relief might be granted, and furthermore appears likely to constitute an abuse of legal process.

[*Id.* at 4.] I dismissed the case without leave to amend because it appeared that the complaint was brought in bad faith and that any amendment would be futile. For the same reasons, I conclude that Tucker's appeal is not taken in good faith. On that basis,

pursuant to 28 U.S.C. §1915(a)(3), I will deny the motion for leave to appeal in forma pauperis.

**ACCORDINGLY:**

Travante Tyvaugn Tucker's motion for leave to appeal in forma pauperis [DE 7] is DENIED.

**SO ORDERED**.

ENTERED:  January 11, 2024.

   /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT